# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HARRIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEE UNIVERSITY,<br><br>    Defendant. | Case No. 1:25-cv-00107 |
| CHRISTOPHER VAUGHT, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>LEE UNIVERSITY,<br><br>    Defendant. | Case No. 1:25-cv-00108 |
| LUCRESIA CAMPBELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEE UNIVERSITY,<br><br>    Defendant. | Case No. 1:25-cv-00109 |
| CALEB NABORS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LEE UNIVERSITY,<br><br>    Defendant. | Case No. 1:25-cv-00113 |
| KATELYN BUTLER, individually and on behalf of all others similarly situated, | |

| | |
|---|---|
| Plaintiff, | Case No. 1:25-cv-00114 |
| v. | |
| LEE UNIVERSITY, | |
| Defendant. | |
| BRITTANY KUBBA, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-00118 |
| v. | |
| LEE UNIVERSITY, | |
| Defendant. | |
| DENNIS GOODINE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-00125 |
| v. | |
| LEE UNIVERSITY, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Plaintiffs Michael Harris, Christopher Vaught, Lucresia Campbell, Caleb Nabors, Katelyn Butler, Brittany Kubba, and Dennis Goodine (Plaintiffs"), by and through their counsel, hereby withdraw their previously filed Motion to Consolidate and Appoint Interim Co-Lead Counsel (ECF No. 7), which was filed with this Court on April 25, 2025. The motion was inadvertently marked as unopposed in error. For avoidance of doubt, the withdrawal is without prejudice to Plaintiffs' rights to make any other motion under the Federal Rules of Civil Procedure, the Eastern District of Tennessee' Local Rules, or on any other

appropriate basis.

Dated: April 25, 2025                                  Respectfully Submitted,

/s/ Andrew J. Shamis
Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

J. Gerard Stranch, IV (BRP 23045)
Grayson Wells (BRP 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Jeff Ostrow
**Kopelowitz Ostrow Ferguson Weiselberg Gilbert, P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Casondra Turner
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
cturner@milberg.com


Leigh S. Montgomery
Texas Bar No. 24052214
**EKSM, LLP**
1105 Milford Street
Houston, TX 77006
Tel: (888) 350-3931
lmontgomery@eksm.com