UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MICHAEL HARRIS, *individually and on behalf of others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:25-cv-107-CLC-MJD |
| | ) | LEAD CASE |
| LEE UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Before the Court is a motion for leave to appear pro hac vice, filed by attorney Carly Roman on behalf of Caleb Nabors[1] [Doc. 19 in Lead Case No. 1:25-cv-107; Doc. 18 in Case No. 1:25-cv-108; Doc. 18 in Case No. 1:25-cv-109; Doc. 19 in Case No. 1:25-cv-113; Doc. 17 in Case No. 1:25-cv-114; Doc. 21 in Case No. 1:25-cv-118; Doc. 18 in Case No. 1:25-cv-125]. The Clerk has verified that the requirements for admission pro hac vice have been met. Accordingly, the motion is **GRANTED**. Attorney Roman **SHALL** register as an E-Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf.

SO ORDERED.

ENTER:          /s/
                                MIKE DUMITRU
                                UNITED STATES MAGISTRATE JUDGE

---

[1] There are a number of cases pending against Lee University in this Court, all of which have been consolidated into the lead case, Case No. 1:25-cv-107, styled *Michael Harris, individually and on behalf of others similarly situated v. Lee University*. Mr. Nabors is the named plaintiff in one of the consolidated member cases, Case No. 1:25-cv-113, styled *Caleb Nabors, on behalf of himself and all others similarly situated v. Lee University*.