UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHAEL HARRIS, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> LEE UNIVERSITY, <br><br> Defendant. | No. 1:25-cv-107-CLC-MJD <br><br> LEAD CASE |

## ORDER

Before the Court is the parties' Third Stipulation to Continue Deadline to Respond to Complaint [Doc. 22 in Lead Case No. 1:25-cv-107; Doc. 21 in Case No. 1:25-cv-108; Doc. 21 in Case No. 1:25-cv-109; Doc. 22 in Case No. 1:25-cv-113; Doc. 20 in Case No. 1:25-cv-114; Doc. 24 in Case No. 1:25-cv-118; Doc. 21 in Case No. 1:25-cv-125]. The Court construes the stipulation as a joint motion seeking an extension of time to respond to the complaint. For good cause shown and because the parties agree to the requested relief, the joint motion is **GRANTED**. Defendant Lee University shall have an extension up to and including November 24, 2025, to file an answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint [Doc. 18 in Lead Case No. 1:25-cv-107].

SO ORDERED.

ENTER: /s/ *[signature]*
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE